```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/13/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
RELIEF AND CHARITY FUND, and THE
NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGEMENT
CORPORATION,

                              Plaintiffs,

                  -against-

EVERLAST SCAFFOLDING, INC. AND
FIDELITY AND DEPOSIT COMPANY OF
MARYLAND,

                             Defendants.
-------------------------------------------------------------- X

19-cv-10045 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 13, 2019, the parties appeared before this Court for an initial pretrial conference;

      IT IS HEREBY ORDERED that discovery in this case is STAYED until one month after completion and delivery of the project audit to Plaintiffs. Upon delivery of the audit, Plaintiffs must so inform the Court in writing within one week.

**SO ORDERED.**

**Date:  December 13, 2019**
       **New York, New York**

                                                     **VALERIE CAPRONI**
                                                     **United States District Judge**