```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                              :
TRUSTEES OF THE NEW YORK CITY DISTRICT                        :
COUNCIL OF CARPENTERS PENSION FUND,                           :
WELFARE FUND, ANNUITY FUND,                                   :
APPRENTICESHIP, JOURNEYMAN RETRAINING,                        :   19-CV-10045 (JPC)
EDUCATIONAL AND INDUSTRY FUND,                                :
                                                              :        ORDER
                              Plaintiff,                      :
                                                              :
              -v-                                             :
                                                              :
EVERLAST SCAFFOLDING, INC. and FIDELITY                       :
AND DEPOSIT COMPANY OF MARYLAND,                              :
                                                              :
                              Defendants.                     :
                                                              :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of a notice of voluntary dismissal from Plaintiff dismissing all claims against Defendant Everlast Scaffolding, Inc. ("Everlast") with prejudice (Dkt. 30), a notice of voluntary dismissal from Plaintiff dismissing all claims against Defendant Fidelity and Deposit Company of Maryland ("Fidelity") without prejudice (Dkt. 31), and a notice of voluntary dismissal from Everlast dismissing all cross-claims against Plaintiff and Fidelity without prejudice (Dkt. 33). Because all claims in this case have be dismissed, the Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated: February 9, 2021
       New York, New York                         _____
                                                  JOHN P. CRONAN
                                                  United States District Judge